IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID BLADE CLAY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CIV-13-0645-C |
| CANADIAN COUNTY JAIL, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on September 6, 2013. The court file reflects that no party has objected to the Report and Recommendation, despite having been given an extension of time in which to do so. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 13) is adopted and the civil rights complaint is dismissed without prejudice.

IT IS SO ORDERED this 19th day of February, 2014.

ROBIN J. CAUTHRON
United States District Judge